UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Paul William Thatcher, Jr.,

    Plaintiff,

        v.                      Case No.  1:13cv164

Tim Brunsman, *et al.*,             Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on April 10, 2013 (Doc. 4).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation (Doc. 4) in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 4) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 4) of the Magistrate Judge is hereby **ADOPTED.** The Complaint by the Plaintiff is **DISMISSED** with prejudice consistent with the recommendation by the Magistrate Judge**.**

The Court would further certify that an appeal of this Order would not be taken in good faith and therefore would be denied pursuant to 28 U.S.C. § 1915(a)(3). *See McGore v. Wrigglesworth*, 114 F.2d 601 (6th Cir. 1997).

    **IT IS SO ORDERED.**

                                                  *s/Michael R. Barrett*
                                                  Michael R. Barrett
                                                  United States District Judge